# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142026

LIBRA M. RAMSEY,
    Plaintiff-Appellee,

v

SECURITAS SECURITY SERVICES, ACE
AMERICAN INSURANCE COMPANY, and
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,
    Defendants-Appellants.

SC: 142026
COA: 296734
WCAC: 09-000123

_____/

   On order of the Court, the application for leave to appeal the September 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

0228